

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, April 2, 2015

No. 04-14-00809-CR

Ex Parte George **GARCIA**,
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2000CR5603W
The Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

In this accelerated appeal, Appellant's brief was due on March 30, 2015. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellant filed a first motion for extension of time to file the brief until April 6, 2015, for an extension of seven days.

Appellant's motion is GRANTED. Appellant must file the brief by April 6, 2015.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2015.

Keith E. Hottle
Clerk of Court

